# IN THE UNITED STATES COURT OF APPEALS
# FIFTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CASE NO. 25-10467<br>ECF |
| THELMA MARSHELL ANDERSON | § | |

## MOTION TO WITHDRAW AS COUNSEL

**TO THE HONORABLE JUDGES OF THE FIFTH CIRCUIT COURT OF APPEALS:**

As explained in the Anders Brief I filed this same day, I have not been able to identify any plausible claims to raise on Appellant's behalf on this appeal. I therefore ask the Court to review my brief and the record. If there are no plausible issues, I ask that the Court relieve me and my office from further responsibilities on this case. If there are plausible issues, I ask the Court to give me an opportunity to file a brief addressing them.

Respectfully submitted,

*/s/ Maria Gabriela Vega*
Maria Gabriela Vega
Assistant Federal Public Defender
Northern District of Texas
525 Griffin St., Ste. 629
Dallas, Texas 75202
Phone (214) 767-2746
Fax (214) 767-2886

ATTORNEY FOR APPELLANT

# CERTIFICATE OF SERVICE

I, Maria Gabriela Vega, hereby certify that on December 18, 2025, I filed an electronic copy of this motion through the Court's ECF system. Opposing counsel has therefore been served pursuant to Fifth Circuit Rule 25.2.5.

I further certify that I have reasonably attempted to communicate, in a manner and a language understood by the defendant: (i) that counsel has fully examined the record and reviewed the relevant law and there are no meritorious issues for appeal; (ii) that counsel has therefore moved to withdraw; (iii) that if granted, the motion will result in dismissal of the appeal; but (iv) the defendant has the right to file a response in English, opposing counsel's motion within 30 days of the filing of counsel's certificate of service. *See United States v. Moreno-Torres*, 768 F.3d 439 (5th Cir. 2014).

Finally, a copy will be sent to Thelma Marshell Anderson, 3416 Country Club Dr. W #122, Irving, TX 75038.

                                              /s/ *Maria Gabriela Vega*
                                              Maria Gabriela Vega
                                              Assistant Federal Public Defender

# CERTIFICATE OF COMPLIANCE

Pursuant to Rule 32(a)(7) of the Federal Rules of Appellate Procedure, the undersigned certifies this motion complies with the type-volume limitations announced in Rule 32(a)(7)(B)(i) of the Federal Rules of Appellate Procedure.

1. Exclusive of the exempted portions announced in Rule 32(a)(7)(B)(ii) of the Federal Rules of Appellate Procedure and 5th Circuit Rule 32.2, the undersigned certifies that the Motion contains 94 words in proportionately spaced typeface.

2. The motion has been prepared in proportionately spaced typeface using MS WORD, Garamond 14 pt. Footnotes are in Garamond 12 pt.

3. The undersigned understand a material misrepresentation in completing the certificate, or circumvention of the type-volume limits states in Rule 32(a)(7) of the Federal Rules of Appellate Procedure, may result in the Court striking the motion and imposing sanctions against the person signing the motion.

/s/ Maria Gabriela Vega
Maria Gabriela Vega