# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

December 19, 2025

Ms. Thelma Marshall Anderson
3416 Country Club Drive, W.
Apartment 122
Irving, TX 75038

    No. 25-10467    USA v. Anderson
                           USDC No. 3:24-CR-191-1

Dear Ms. Anderson,

Your court-appointed attorney has moved to withdraw as your counsel in the above case.

Under *Anders v. California*, 386 U.S. 738, (1967), you have the right to respond to your counsel's motion raising any points you choose showing why your appeal has merit and why the court should consider your case. You should state the facts and legal authorities why you think your conviction should be reversed. You have 30 days to respond. Your response may not exceed 30 pages. You need to send us 1 copy and an additional copy should be served on the United States Attorney.

If you do not file a response within 30 days, the court will review counsel's brief and decide whether the appeal is frivolous. If you want your case dismissed, please inform the court of this immediately.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Rebecca L. Jeanfreau, Deputy Clerk
                          504-310-7645

cc:
    Ms. Gail A. Hayworth